UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-1553 RHK/JMM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JON SCOTT,<br>Defendant. | ORDER |

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 12 day of July, 2001.

[signature]
UNITED STATES MAGISTRATE JUDGE

JUL 1 2 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

8